FILED
CHARLOTTE, NC

APR 3 0 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 3:08-mj-171 |
| | ) | |
| v. | ) | ORDER UNSEALING |
| | ) | COMPLAINT AND |
| BARBARA GARCIA | ) | AFFIDAVIT |
| | ) | |

UPON MOTION of the United States of America, by and through Edward R. Ryan, Acting United States Attorney for the Western District of North Carolina, for an order directing that the Complaint and the Affidavit in Support of the Complaint be unsealed, because (1) the need for said documents to remain sealed no longer applies and (2) the Government needs to comply with its discovery obligations regarding the defendants whom have been arrested,

**IT IS HEREBY ORDERED** that the Complaint and Affidavit in Support of the Complaint be unsealed at this time.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

So ordered this 30th day of April 2009.


_____
THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE