UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:09-cr-94-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| vs. | ) ) |
| BARBARA GARCIA | ) ) |

**THIS MATTER** is before the Court on its own motion. On July 2, 2009, the Court sent a second notice to Calixtro Villarreal, Jr. pursuant to Local Rule 83.1 stating that Villarreal is required to register and be trained on ECF. Villareal failed to comply with the notices.

**IT IS THEREFORE ORDERED** that Villarreal must register and be trained on ECF by August 15, 2009.

Signed: July 24, 2009

Robert J. Conrad, Jr.
Chief United States District Judge